# NO. 12-24-00078-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *BRANDI COLLINS MASON,*<br>*APPELLANT* | § | *APPEAL FROM THE* |
| *V.* | § | *COUNTY COURT AT LAW* |
| *PETER J. RUTTER,*<br>*APPELLEE* | § | *CHEROKEE COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

This appeal is being dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3(b). Brandi Collins Mason filed her pro se notice of appeal on April 3, 2024. The clerk's record was filed on June 11, the reporter's record was filed on June 13, and Collins's brief was due on or before July 11. We granted Collins's motion for extension to August 12. On August 19, this Court notified Collins that her brief was past due. We further notified Collins that the appeal may be dismissed for want of prosecution unless a motion for extension of time, containing a reasonable explanation for the failure to file a brief and showing that Appellee has not suffered material injury thereby, is filed no later than August 22.

This deadline expired and Collins did not file a brief, a motion for extension of time, or other response to this Court's notice. Accordingly, we **dismiss** the appeal for **want of prosecution**. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Opinion delivered August 29, 2024.
*Panel consisted of Worthen, C.J., Hoyle, J., and Bass, Retired J., Twelfth Court of Appeals,*
*sitting by assignment.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**AUGUST 29, 2024**

**NO. 12-24-00078-CV**

**BRANDI COLLINS MASON,**
Appellant
V.
**PETER J. RUTTER,**
Appellee

Appeal from the County Court at Law
of Cherokee County, Texas (Tr.Ct.No. FM2100344)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed for want of prosecution.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the appeal be, and the same is, hereby **dismissed for want of prosecution**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J., and Bass, Retired J., Twelfth Court of Appeals, sitting by assignment.*